tion (*see Kassis v Teacher's Ins. & Annuity Assn.*, 93 NY2d 611, 617 [1999]), such rebuttal is impossible if the party was not permitted access to the evidence of the alleged conflict of interest.

With respect to the order in appeal No. 2, Stansberry and Jeffrey P. Steinig, M.D. (collectively, defendants) have not addressed any issues concerning that order in their brief on appeal. Thus, we deem any such issues abandoned (*see Matter of Ronnie P.*, 63 AD3d 1527 [2009]; *Ciesinski v Town of Aurora*, 202 AD2d 984 [1994]).

Finally, with respect to the order in appeal No. 3, defendants contend that the court, in settling the record on appeal in appeal Nos. 1 and 2, erred in excluding Stansberry's ex parte affidavit. We reject that contention. The court did not read the affidavit before it ruled on Stansberry's cross motion to disqualify Lipsitz Green, and thus the affidavit was not a document "upon which the . . . order [in appeal No. 1] was founded" (CPLR 5526; *see also* 22 NYCRR 1000.4 [a] [2]). Also contrary to defendants' contention in appeal No. 3, the 1998 retainer agreement between Stansberry and Lipsitz Green was properly included in the record on appeal because it is undisputed that the retainer agreement was accurately described for the court during an oral argument for which no stenographic record was made and the order denying Stansberry's cross motion lists the retainer agreement as one of the documents considered by the court in deciding the cross motion (*see* CPLR 5526; *see also* 22 NYCRR 1000.4 [a] [2]). Present—Martoche, J.P., Smith, Fahey, Carni and Pine, JJ.

■ WILLIAM GUSTAFSON, as Administrator D.B.N. of the Estate of BRUCE G. GUSTAFSON, Deceased, Respondent, v PAUL C. DIPPERT, D.O., et al., Defendants, and ANDREW J. STANSBERRY, R.P.A., et al., Appellants. (Appeal No. 3.) [890 NYS2d 880]—

Same memorandum as in *Gustafson v Dippert* (68 AD3d 1678 [2009]). Present—Martoche, J.P., Smith, Fahey, Carni and Pine, JJ.

■ WILLIAM GUSTAFSON, as Administrator D.B.N. of the Estate of BRUCE G. GUSTAFSON, Deceased, Respondent, v PAUL C. DIPPERT, D.O., et al., Defendants, and ANDREW J. STANSBERRY, R.P.A., et al., Appellants. (Appeal No. 2.) [890 NYS2d 880]—■